IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

WILLIAM F. CARADINE/ASSABUR
ADC # 90785                                                                                                PLAINTIFF

v.                                           No. 5:12-cv-74-DPM-BD

CONNIE HUBBARD, Health Care
Administrator, Varner Unit, ADC                                                       DEFENDANT

ORDER

Caradine/Assabur, an inmate at the Varner Supermax Unit of the Arkansas Department of Correction, filed a *pro se* complaint under § 1983 and moved to proceed *in forma pauperis*. Document Nos. 1 & 2. The Court denied Caradine/Assabur's motion based on the "three strikes" provision of the Prison Litigation Reform Act. 28 U.S.C. § 1915(g). Barring an exception, he is no longer eligible to proceed *in forma pauperis* because of his litigation history. The Court thus ordered Caradine/Assabur to pay the $350.00 statutory filing fee within thirty days. Document No. 4.

Caradine/Assabur has not paid the filing fee and his thirty-day deadline passed on 23 March 2012. The Court, in its earlier order, specifically

cautioned Caradine/Assabur that his failure to pay the filing fee by the deadline would result in dismissal of his claims. *Document No. 4.* The Court therefore dismisses Caradine/Assabur's complaint, *Document No. 2*, without prejudice. Local Rule 5.5(c)(2).

So Ordered.

*/s/ DP Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

5 April 2012