IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

WILLIAM F. CARADINE/ASSABUR
ADC # 90785                                                                           PLAINTIFF

v.                           No. 5:12-cv-74-DPM-BD

CONNIE HUBBARD, Health Care
Administrator, Varner Unit, ADC                                            DEFENDANT

## JUDGMENT

Caradine/Assabur's complaint, *Document No. 2*, is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

5 April 2012